# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re: NAVARRO, HIOVANY § Case No. 11-33117-BKC-AJC
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Barry E. Mukamal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $130,956.00        Assets Exempt: $2,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,672.84        Claims Discharged
                                                   Without Payment: $132,158.47

Total Expenses of Administration: $1,746.52

3) Total gross receipts of $ 8,419.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,419.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $282,123.42 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,746.52 | 1,746.52 | 1,746.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 117,439.00 | 62,376.31 | 62,376.31 | 6,672.84 |
| **TOTAL DISBURSEMENTS** | $399,562.42 | $64,122.83 | $64,122.83 | $8,419.36 |

4) This case was originally filed under Chapter 7 on August 18, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2012           By: /s/Barry E. Mukamal
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| HOUSEHOLD GOODS AND FURNISHINGS | 1129-000 | 819.25 |
| 2008 CHEVROLET SILVERADO | 1129-000 | 7,600.00 |
| Interest Income | 1270-000 | 0.11 |
| **TOTAL GROSS RECEIPTS** | | **$8,419.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BBRT Mortgage | 4110-000 | 282,123.42 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$282,123.42** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barry E. Mukamal | 2100-000 | N/A | 1,591.94 | 1,591.94 | 1,591.94 |
| Barry E. Mukamal | 2200-000 | N/A | 54.58 | 54.58 | 54.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,746.52 | $1,746.52 | $1,746.52 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,544.00 | 10,544.33 | 10,544.33 | 1,128.01 |
| 2 | Capital Recovery IV LLC | 7100-000 | N/A | 13,298.65 | 13,298.65 | 1,422.65 |
| 3 | Midland Credit Manangement Inc. | 7100-000 | 8,283.00 | 8,816.76 | 8,816.76 | 943.19 |
| 4 | American Express Centurion Bank | 7100-000 | 10,430.00 | 10,430.84 | 10,430.84 | 1,115.86 |
| 5 | Midland Credit Management Inc. | 7100-000 | 1,468.00 | 1,477.96 | 1,477.96 | 158.11 |
| 6 | Midland Credit Management Inc. | 7100-000 | N/A | 2,943.57 | 2,943.57 | 314.89 |
| 7 | Capital Recovery IV LLC | 7100-000 | 3,847.00 | 3,847.75 | 3,847.75 | 411.62 |
| 8 | Midland Credit Management Inc. | 7100-000 | N/A | 1,232.41 | 1,232.41 | 131.84 |
| 9 | Midland Credit Management Inc. | 7100-000 | N/A | 3,340.70 | 3,340.70 | 357.38 |
| 10 | Midland Credit Management Inc. | 7100-000 | 3,698.00 | 3,727.94 | 3,727.94 | 398.80 |
| 11 | FIA Card Services N.A. | 7100-000 | 1,775.00 | 1,775.51 | 1,775.51 | 189.94 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | GE Capital Retail Bank | 7100-000 | 939.00 | 939.89 | 939.89 | 100.55 |
| NOTFILED | Citifinancial Auto | 7100-000 | 12,856.00 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Finance | 7100-000 | 3,848.00 | N/A | N/A | 0.00 |
| NOTFILED | Citgo Citibank | 7100-000 | 1,219.00 | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Finance | 7100-000 | 12,127.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 13,356.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC | 7100-000 | 2,486.00 | N/A | N/A | 0.00 |
| NOTFILED | Walmart | 7100-000 | 640.00 | N/A | N/A | 0.00 |
| NOTFILED | Zwicker & Associates, P.C. | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot Processing Center | 7100-000 | 6,808.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 2,419.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears | 7100-000 | 7,444.00 | N/A | N/A | 0.00 |
| NOTFILED | JC Penney | 7100-000 | 948.00 | N/A | N/A | 0.00 |
| NOTFILED | Samantha A. Satish, Esq. Florida Default Law Group, | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,599.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,497.00 | N/A | N/A | 0.00 |
| NOTFILED | Brands Mart | 7100-000 | 2,757.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $117,439.00 | $62,376.31 | $62,376.31 | $6,672.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-33117-BKC-AJC  
**Case Name:** NAVARRO, HIOVANY  

**Trustee:** (290830) Barry E. Mukamal  
**Filed (f) or Converted (c):** 08/18/11 (f)  
**§341(a) Meeting Date:** 09/26/11  

**Period Ending:** 10/02/12  

**Claims Bar Date:** 03/06/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 485 EAST 46TH ST., HIALEAH, FL 33013<br>Joint with non-filing party. | 130,851.00 | 0.00 | DA | 0.00 | FA |
| 2 | CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | OCEAN BANK A/N 4306 | 30.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,800.00 | 905.00 | | 819.25 | FA |
| 5 | WEARING APPAREL | 45.00 | 0.00 | DA | 0.00 | FA |
| 6 | JEWLERY | 10.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2008 CHEVROLET SILVERADO<br>Joint with non-filing party.<br>GEICO; policy #4243588391; expires 03/21/12 | 10,000.00 | 9,000.00 | | 7,600.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.11 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $142,756.00 | $9,905.00 | | $8,419.36 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee has recovered the estate's interest in the scheduled assets equal to $8,419.25, court ordered 01/17/12.
Claims review complete.  No tax return required.

**Initial Projected Date Of Final Report (TFR):**    April 30, 2012    **Current Projected Date Of Final Report (TFR):**    April 30, 2012  (Actual)

October 2, 2012  
Date

/s/ Barry E. Mukamal  
Barry E. Mukamal

Printed: 10/02/2012 12:08 PM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-33117-BKC-AJC | | Trustee: | Barry E. Mukamal (290830) |
|---|---|---|---|---|
| Case Name: | NAVARRO, HIOVANY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******72-65 - Checking Account |
| Taxpayer ID #: | **-***3137 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 10/02/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/11 | | Hiovany Nararro | Full settlement; court ordered 01/17/12 | | 8,419.25 | | 8,419.25 |
| | {4} | | 819.25 | 1129-000 | | | 8,419.25 |
| | {7} | | 7,600.00 | 1129-000 | | | 8,419.25 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,419.29 |
| 01/17/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 8,419.32 |
| 01/25/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,394.32 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 8,394.36 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,369.36 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,344.36 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,319.36 |
| 06/11/12 | 1001 | Discover Bank | Dividend paid 10.69% on $10,544.33; Claim# 1; Filed: $10,544.33; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 1,128.01 | 7,191.35 |
| 06/11/12 | 1002 | Capital Recovery IV LLC | Dividend paid 10.69% on $13,298.65; Claim# 2; Filed: $13,298.65; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 1,422.65 | 5,768.70 |
| 06/11/12 | 1003 | Midland Credit Manangement Inc. | Dividend paid 10.69% on $8,816.76; Claim# 3; Filed: $8,816.76; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 943.19 | 4,825.51 |
| 06/11/12 | 1004 | American Express Centurion Bank | Dividend paid 10.69% on $10,430.84; Claim# 4; Filed: $10,430.84; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 1,115.86 | 3,709.65 |
| 06/11/12 | 1005 | Midland Credit Management Inc. | Dividend paid 10.69% on $1,477.96; Claim# 5; Filed: $1,477.96; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 158.11 | 3,551.54 |
| 06/11/12 | 1006 | Midland Credit Management Inc. | Dividend paid 10.69% on $2,943.57; Claim# 6; Filed: $2,943.57; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 314.89 | 3,236.65 |
| 06/11/12 | 1007 | Capital Recovery IV LLC | Dividend paid 10.69% on $3,847.75; Claim# 7; Filed: $3,847.75; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 411.62 | 2,825.03 |
| 06/11/12 | 1008 | Midland Credit Management Inc. | Dividend paid 10.69% on $1,232.41; Claim# 8; Filed: $1,232.41; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 131.84 | 2,693.19 |
| 06/11/12 | 1009 | Midland Credit Management Inc. | Dividend paid 10.69% on $3,340.70; Claim# 9; Filed: $3,340.70; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 357.38 | 2,335.81 |
| 06/11/12 | 1010 | Midland Credit Management Inc. | Dividend paid 10.69% on $3,727.94; Claim# 10; Filed: $3,727.94; Reference: Claim | 7100-000 | | 398.80 | 1,937.01 |

Subtotals :  $8,419.36  $6,482.35

{} Asset reference(s)

Printed: 10/02/2012 12:08 PM  V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 11-33117-BKC-AJC | **Trustee:** Barry E. Mukamal (290830) |
| **Case Name:** NAVARRO, HIOVANY | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******72-65 - Checking Account |
| **Taxpayer ID #:** **-***3137 | **Blanket Bond:** $1,000,000.00 (per case limit) |
| **Period Ending:** 10/02/12 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference}, court ordered fees 06/07/12. | | | | |
| 06/11/12 | 1011 | FIA Card Services N.A. | Dividend paid 10.69% on $1,775.51; Claim# 11; Filed: $1,775.51; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 189.94 | 1,747.07 |
| 06/11/12 | 1012 | GE Capital Retail Bank | Dividend paid 10.69% on $939.89; Claim# 12; Filed: $939.89; Reference: Claim Reference}, court ordered fees 06/07/12. | 7100-000 | | 100.55 | 1,646.52 |
| 06/11/12 | 1013 | Barry E. Mukamal | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,646.52 | 0.00 |
| | | | Dividend paid 100.00%     1,591.94<br>on $1,591.94; Claim# ;<br>Filed: $1,591.94 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     54.58<br>on $54.58; Claim# ;<br>Filed: $54.58 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,419.36 | 8,419.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,419.36 | 8,419.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,419.36** | **$8,419.36** | |

Net Receipts :     8,419.36

Net Estate :     $8,419.36

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******72-65 | 8,419.36 | 8,419.36 | 0.00 |
| | $8,419.36 | $8,419.36 | $0.00 |

{} Asset reference(s)     Printed: 10/02/2012 12:08 PM     V.13.02